# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ERIC RODRIGUEZ and KIMBERLIN
RODRIGUEZ

        Plaintiff(s),

    v.

SAN MATEO UNION HIGH SCHOOL
DISTRICT

        Defendant(s).
_____/

CASE NO. C 07-2360 PJH

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 9, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Susan Foley | Plaintiffs | (650) 345-2300 | susanfoley@aol.com |
| Kimberly Smith | Defendant | (323) 330-6300 | ksmith@fagenfriedman.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: July 18, 2007

                                                Attorney for Plaintiff

Dated: July 18, 2007

                                                Attorney for Defendant

Rev 12.05