UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** August 9, 2007  **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-2360 PJH

**Case Name:** Eric Rodriguez, et al. v. San Mateo Union High School

**Attorney(s) for Plaintiff:**  Susan Foley
**Attorney(s) for Defendant:**  Kimberly A. Smith

**Deputy Clerk**: Nichole Heuerman          **Court Reporter**: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held. The court informs the parties that the administrative record has not been lodged with the court. Plaintiff counsel to lodge the record with the court. The court sets a briefing schedule for cross motions for summary judgment. Cross motions for summary judgment to be filed by 1/30/08; oppositions to be filed by 2/27/08; replies to be filed by 3/19/08 with a hearing to be noticed for 4/9/08 at 9:00 a.m. The parties are handed copies of the court's pretrial instructions.

**REFERRALS:**

**[x] Case referred to (random) Magistrate Judge, except Magistrate Judge Larson due to a conflict, for SETTLEMENT CONFERENCE to take place within 90 days,** or as soon thereafter as is convenient for the judge.

**Order to be prepared by:**   [] Pl [] Def  [] Court

**Notes:**

**cc:** file; Wings