

# Fagen Friedman & Fulfrost LLP

Peter K. Fagen
Howard A. Friedman
Howard J. Fulfrost
Melanie A. Petersen
Laurie S. Juengert
Laurie E. Reynolds
James B. Fernow
Christopher D. Keeler
Jan E. Tomsky
Jonathan P. Read
Christopher J. Fernandes
Roy A. Combs
Lenore Silverman
Kimberly A. Smith
Kathleen J. McKee
Deborah R. G. Cesario
Ricardo R. Silva
Wesley B. Parsons

Elizabeth B. Mori
Sophie Castillo Agopian
Lee G. Rideout
Joel B. Mason
Gretchen M. Shipley
William F. Schuetz, Jr.
Shawn Olson Brown
Kelly R. Minnehan
Angela Gordon
Jennifer R. Rowe
Joshua A. Stevens
Emily E. Sugrue
Rachel C. Disario
Emilia C. Huntley
Dean T. Adams
Summer D. Dalessandro
Vivian L. Haun
Tiffany M. Santos
L. Carlos Villegas
Vivian R. Anaya
Elise Kirsten
Sarah S. Orman
Kerrie E. Taylor
Susan Park
Melissa Hatch

Diana McDonough
Of Counsel

September 11, 2007

Kimberly A. Smith
Direct Dial: 323-330-6315
ksmith@fagenfriedman.com

*E-filed*

Magistrate Judge Bernard Zimmerman
United States District Court for the
Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    *Eric & Kimberlin Rodriguez v. San Mateo Union High School District*
       United States District Court Case No. C07-2360 PJH (BZ)

Dear Judge Zimmerman:

The parties to the above-referenced matter are scheduled to appear before you for a scheduling conference on September 25, 2007 at 9:00 a.m. The parties initially selected a scheduling conference as the early ADR method which they believed best suited this case.

Since that time, my client, the San Mateo Union High School District, has fully evaluated the issues in the case and believes that it has a strong likelihood of success in prevailing in this matter. For that reason, it is unwilling to offer any money in settlement prior to the hearing of the parties' cross-motions for summary judgment. Pursuant to the August 9, 2007 Minute Order of Judge Hamilton, these motions will be heard on April 9, 2008.

Based on my client's position, we request that the settlement conference be vacated and the parties be permitted to reschedule the conference, if mutually desirable, following Judge Hamilton's rulings on the motions for summary judgment.

Sincerely,

FAGEN FRIEDMAN & FULFROST, LLP

Kimberly A. Smith

KAS:sw
cc:    Susan Foley, attorney for plaintiffs
       Barbara Picheny, San Mateo Union High School District

6300 Wilshire Boulevard, Suite 1700, Los Angeles, California 90048   Main: 323-330-6300   Fax: 323-330-6311
www.fagenfriedman.com