Fagen Friedman & Fulfrost LLP

Peter K. Fagen
Howard A. Friedman
Howard J. Fulfrost
Melanie A. Petersen
Laurie S. Juengert
Laurie E. Reynolds
James B. Fernow
Christopher D. Keeler
Jan E. Tomsky
Jonathan P. Read
Christopher J. Fernandes
Roy A. Combs
Lenore Silverman
Kimberly A. Smith
Kathleen J. McKee
Deborah R. G. Cesario
Ricardo R. Silva
Wesley B. Parsons

Elizabeth B. Mori
Sophie Castillo Agopian
Lee G. Rideout
Joel B. Mason
Gretchen M. Shipley
William F. Schuetz, Jr.
Shawn Olson Brown
Kelly R. Minnehan
Angela Gordon
Jennifer R. Rowe
Joshua A. Stevens
Emily E. Sugrue
Rachel C. Disario
Emilia C. Huntley
Dean T. Adams
Summer D. Dalessandro
Vivian L. Haun
Tiffany M. Santos
L. Carlos Villegas
Vivian R. Anaya
Elise Kirsten
Sarah S. Orman
Kerrie E. Taylor
Susan Park
Melissa Hatch

Diana McDonough
    Of Counsel

September 17, 2007

Kimberly A. Smith
Direct Dial: 323-330-6315
ksmith@fagenfriedman.com

*E-filed*

The Honorable Judge Phyllis J. Hamilton
United States District Court
Northern District of California
Courtroom 3, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    *Eric & Kimberlin Rodriguez v. San Mateo Union High School District*
       United States District Court Case No. C07-2360 PJH (BZ)

Dear Judge Hamilton:

The parties to the above-referenced matter are currently scheduled to appear before Magistrate Judge Bernard Zimmerman for a settlement conference on September 25, 2007 at 9:00 a.m. The parties initially selected a settlement conference as the early ADR method which they believed best suited this case.

Since that time, my client, the San Mateo Union High School District ("District"), has fully evaluated the issues in the case and believes that it has a strong likelihood of success in prevailing in this matter. For that reason, it is unwilling to offer any money in settlement prior to the hearing of the parties' cross-motions for summary judgment. Pursuant to the Court's August 9, 2007 Minute Order of Judge Hamilton, these motions will be heard on April 9, 2008.

We have informed Plaintiffs' counsel of the District's current position. To save judicial and party resources, we requested that Plaintiffs stipulate to a continuance of the settlement conference until after the cross-motions for summary judgment. Plaintiffs' counsel has declined to stipulate to such a request and advises that her clients remain willing to participate in the conference.

Based on my client's position, we believe that the conference would be a waste of time and resources for those required to attend, including Judge Zimmerman. We therefore request that the Court advise Judge Zimmerman to vacate the September 25, 2007 settlement conference.

September 17, 2007
Page 2

9/21/07

Please advise us if you have any questions.

Sincerely,

FAGEN FRIEDMAN & FULFROST, LLP

*Kimberly A. Smith*

Kimberly A. Smith

KAS:sw

cc:    Susan Foley, counsel for Plaintiffs Eric Rodriguez and Kimberlin Rodriguez (served via
       e-filing)

       Barbara Picheny, San Mateo Union High School District (via mail)

00210.00104/43814.1

UNITED STATES DISTRICT COURT

DENIED

Judge Phyllis J. Hamilton

NORTHERN DISTRICT OF CALIFORNIA