# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: September 25, 2007

TIME: 2 hours 15 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| RODRIGUEZ V. SAN MATEO UNION HIGH SCHOOL | C07-2360 PJH (BZ) | ☒ REFERRAL |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| Susan Foley | Kimberly A. Smith; Laurie E. Reynolds |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: _____

**PROCEEDINGS**

☐ NONDISPOSITIVE MOTION
    ☐ CONTESTED
    ☐ UNCONTESTED
☐ DISPOSITIVE MOTION
☐ EVIDENTIARY HEARING
☐ FEE APPLICATION
☐ STATUS CONFERENCE

☐ INITIAL PRETRIAL CONFERENCE (CMC)
☐ DISCOVERY CONFERENCE
☒ SETTLEMENT CONFERENCE
☐ FINAL PRETRIAL CONFERENCE
☐ MOTION HEARING/ARGUMENT
☐ IRS ENFORCEMENT ORDERS
☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Case Did Not Settle.