Howard A. Friedman, SBN 61187
hfriedman@fagenfriedman.com
Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Phone: 323-330-6300
Fax: 323-330-6311

Attorneys for Defendant
San Mateo Union High School District

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC RODRIGUEZ and KIMBERLIN RODRIGUEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>SAN MATEO UNION HIGH SCHOOL DISTRICT,<br><br>        Defendant, | CASE NO. C 07-02360 JL<br><br>**NOTICE OF LODGING OF ADMINISTRATIVE RECORD PRODUCED BY THE OFFICE OF ADMINISTRATIVE HEARINGS** |

    Defendant SAN MATEO UNION HIGH SCHOOL DISTRICT hereby notifies Plaintiffs ERIC and KIMBERLIN RODRIGUEZ that a copy of the Administrative Record, as produced by the Office of Administrative Hearings was lodged with the Court on January 9, 2008.

    The record consists of six volumes with the page numbers labeled sequentially and indexed by Defendant for ease of references by the parties and the Court.

/ / /

/ / /

/ / /

00210.00104/52000.1                                                C 07-02360 JL

NOTICE OF LODGING OF ADMINISTRATIVE RECORD PRODUCED BY THE OFFICE OF ADMINISTRATIVE HEARINGS

Per Plaintiff's request, a copy was mailed from our office and delivered to Plaintiffs' counsel's office on December 10, 2007.

DATED: January 9, 2008              FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ Kimberly A. Smith
Kimberly A. Smith
Attorneys for Defendant San Mateo Union High School District