Howard A. Friedman, SBN 61187
hfriedman@fagenfriedman.com
Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Phone: 323-330-6300
Fax: 323-330-6311

Attorneys for San Mateo Union High School District

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC RODRIGUEZ AND KIMBERLIN RODRIGUEZ,<br><br>   Plaintiffs,<br><br>vs.<br><br>SAN MATEO UNION HIGH SCHOOL DISTRICT,<br><br>   Defendant. | CASE NO. C 07-02360 PJH<br><br>**EX PARTE APPLICATION FOR ADDITIONAL PAGES FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF KIMBERLY A. SMITH; [PROPOSED] ORDER**<br><br>[Civil Local Rules 7-4, 7-10] |

  The San Mateo Union High School District ("District") hereby submits this ex parte application to request additional pages for the District's motion for summary judgment in the above-captioned matter. As demonstrated in the attached Memorandum of Points and Authorities and Declaration of Kimberly A. Smith, the District requires pages in excess of the twenty-five (25) page limit provided for by Civil Local Rule 7-4, based on the number and complexity of the issues to be briefed in the District's motion. Thus, the District seeks an order that the motion may exceed twenty-five (25) pages by no more than ten (10) pages.

/ / /

/ / /

/ / /

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. ADDITIONAL PAGES ARE NECESSARY DUE TO THE NUMBER AND COMPLEXITY OF ISSUES INVOLVED

This case is an appeal from an administrative special education "due process" proceeding before the Office of Administrative Remedies. Following a three (3) day hearing, at which testimony and documentary evidence were submitted by the parties, the administrative law judge ("ALJ") assigned to the case issued a seventeen (17) page decision in favor of the District. The record from the administrative proceedings is one thousand, four hundred twenty-nine (1,429) pages and includes all pleadings, the transcript of hearing at which nine (9) witnesses testified and over seventy-five (75) exhibits. (See, Declaration of Kimberly A. Smith at ¶¶ 2-3.)

This case will be decided by cross motions for summary judgment, which will be based solely on the administrative record from the underlying proceeding. The District will be asking this Court to affirm the decision of the ALJ while Plaintiffs seek reversal.

The District's motion for summary judgment will summarize the lengthy administrative record from the due process hearing and address the eight issues and sub-issues which were decided by the ALJ. The twenty-five (25) page limit proscribed by Civil Local Rule 7-4 would cause a substantial hardship to the District because it would require the District to omit or significantly abbreviate relevant facts and/or legal argument. (See, Declaration of Kimberly A. Smith at ¶5.)

Moreover, an order providing additional pages as requested will not disadvantage Plaintiffs as the length of the District's motion for summary judgment bears no impact on Plaintiffs' substantive or procedural rights. Further, for parity, the District would not object to a similar number of additional pages being provided to Plaintiffs for their motion for summary judgment.

/ / /

/ / /

/ / /

EX PARTE APPLICATION FOR ADDITIONAL PAGES FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF KIMBERLY A. SMITH; [PROPOSED] ORDER

## II. THE DISTRICT'S APPLICATION FOR EX PARTE RELIEF IS TIMELY AND APPROPRIATE

The Court has set hearing on these cross-motions for April 9, 2008. Pursuant to the Court's minute order of August 9, 2007, the parties must file their cross-motions on or before January 30, 2008.

Pursuant to Civil Local Rule 7-4, a party may request the Court's permission to exceed the page limit in a brief or memorandum prior to the due date of such brief or memorandum. Given that the last day the District may file its motion for summary judgment is January 30, 2008, the District is making a timely request of this Court. Further this request is made accordance with the procedure for seeking ex parte relief set forth in Civil Local Rule 7-10.

## III. CONCLUSION

In order to ensure a full and fair consideration of the issues on appeal from the underlying administrative decision, the District seeks an order that its motion for summary judgment may exceed the twenty-five (25) page limit by no more than ten (10) pages. Said order may provide Plaintiffs with an equal number of additional pages.

DATED: January 9, 2008            FAGEN FRIEDMAN & FULFROST, LLP


                                  By:  /s/ Kimberly A. Smith
                                       Kimberly A. Smith
                                       Attorneys for San Mateo Union High School
                                       District

EX PARTE APPLICATION FOR ADDITIONAL PAGES FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF KIMBERLY A. SMITH; [PROPOSED] ORDER

**DECLARATION OF KIMBERLY A. SMITH IN SUPPORT OF APPLICATION FOR ADDITIONAL PAGES IN MOTION FOR SUMMARY JUDGMENT**

I, Kimberly A. Smith, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Fagen Friedman & Fulfrost LLP, attorneys of record for the San Mateo Union High School District ("District"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. The above-captioned matter is Plaintiff's appeal from an administrative "due process" hearing conducted pursuant to the Individuals with Disabilities Education Act ("IDEA").

3. Following a three (3) day hearing by the Office of Administrative Remedies, an administrative law judge issued a seventeen (17) page opinion in favor of the District. The administrative record from the underlying hearing consists of one thousand four hundred twenty-nine (1,429) pages and includes all pleadings, hearing transcripts that include testimony from nine (9) witnesses and over seventy-five (75) exhibits.

4. The District lodged a copy of the administrative record, in six volumes, with the Court on January 9, 2008. A copy was also served on Plaintiffs' counsel on December 10, 2007.

As of the filing of this ex parte application, the District is nearly completed with its first draft of the motion for summary judgment. This draft is approximately thirty (30) pages and summarizes the administrative record and addresses the eight issues and sub-issues decided by the ALJ. The undersigned counsel for the District does not believe that it can edit the motion to conform to the twenty-five (25) page limit of the local rules without failing to adequately brief all of the issues.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                /s/   Kimberly A. Smith
                    Kimberly A. Smith

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC RODRIGUEZ AND KIMBERLIN RODRIGUEZ,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SAN MATEO UNION HIGH SCHOOL DISTRICT,<br><br>　　　　Defendant. | CASE NO. C 07-02360 PJH<br><br>**[PROPOSED] ORDER GRANTING ADDITIONAL PAGES FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Civil Local Rules 7-4; 7-10] |

　　　　Having considered the District's ex parte application for additional pages, and finding good cause therefor,

　　　　IT IS HEREBY ORDERED that the District's/Parties' Motion[s] for Summary Judgment may exceed the twenty-five (25) page limitation by no more than ten (10) pages.

　　　　IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　The Honorable Phyllis Hamilton
　　　　　　　　　　　　　　　　Judge of the United States District Court for
　　　　　　　　　　　　　　　　the Northern District of California