Howard A. Friedman, SBN 61187
hfriedman@fagenfriedman.com
Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Phone: 323-330-6300
Fax: 323-330-6311

Attorneys for San Mateo Union High School District

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC RODRIGUEZ AND KIMBERLIN RODRIGUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN MATEO UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. C 07-02360 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 9, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3, 17th Floor<br><br>*Filed Concurrently With:*<br><br>1. Notice of Motion and Motion for Summary Judgment by Defendant San Mateo Union High School District; Memorandum of Points and Authorities in Support Thereof |

The motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure of defendant San Mateo Union High School District ("District") came on regularly for hearing before this Court on April 9, 2008. Susan Foley, Esq., appeared for Plaintiffs and Kimberly A. Smith, Esq., appeared for the District. The Court having considered Defendant's motion for summary judgment and all papers filed by Defendant and Plaintiff in connection therewith, and the Court further having considered the arguments of counsel for and against the motion at the time of the hearing thereon, hereby makes the following order.

**IT IS HEREBY ORDERED** that Defendant is entitled to judgment as a matter of law as to Plaintiffs' entire Complaint in that:

1. The District did not deny Plaintiff Eric Rodriguez a FAPE from July 19, 2003, through the 2005-06 school year by failing to assess Plaintiff Eric Rodriguez's behavioral needs.

2. The District did not deny Plaintiff Eric Rodriguez a FAPE from July 19, 2003, through the 2005-06 school year by failing to meet Plaintiff Eric Rodriguez's unique needs for behavioral and mental health services.

3. The District did not deny Plaintiff Eric Rodriguez a FAPE from November 13, 2003, through the 2005-06 school year by failing to have a school psychologist attend the November 13, 2003 IEP team meeting.

4. The District did not deny Plaintiff Eric Rodriguez a FAPE from November 13, 2003, through the 2005-06 school year by failing to assess Plaintiff Eric Rodriguez in the areas of behavior, speech and language, and academics.

5. The District did not deny Plaintiff Eric Rodriguez a FAPE from November 13, 2003, through the 2005-06 school year by failing to provide adequate present levels of performance in the November 13, 2003 IEP in the areas of behavior, speech and language, and academics, which denied Plaintiff Eric Rodriguez educational opportunity and Plaintiff Kimberlin Rodriguez an opportunity to participate in the decision-making process.

6. The District did not deny Plaintiff Eric Rodriguez a FAPE from November 13, 2003, through the 2005-06 school year by failing to include adequate goals in the November 13, 2003 IEP in the areas of behavior, speech and language, academics, and mental health, which denied Plaintiff Eric Rodriguez educational opportunity and Plaintiff Kimberlin Rodriguez an opportunity to participate in the decision-making process.

7. The District did not deny Plaintiff Eric Rodriguez a FAPE from November 13, 2003, through the 2005-06 school year by failing to meet Student's unique speech and language needs in the areas of dysfluency, and expressive receptive and pragmatic language skills.

8. Plaintiff Kimberlin Rodriguez is not entitled to reimbursement for private school placements from March 2004 to June 2006, and related transportation costs.

9. Plaintiffs are not entitled to reimbursement of attorneys' fees and costs.

**THEREFORE, IT IS HEREBY FURTHER ORDERED THAT:**

1. Defendant San Mateo Union High School District's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure is hereby **GRANTED**.
2. Judgment in this action shall be **ENTERED** in favor of Defendant San Mateo Union High School District.

**IT IS SO ORDERED.**

                                                        _____
                                                        Phyllis J. Hamilton, District Judge

00210.00104/59665.1

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

3                                    C 07-02360 PJH
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT