UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A.T., a minor, by and through Ginnie T.,
His Guardian Ad Litem,

          Plaintiff(s),

     v.

PAJARO VALLEY UNIFIED SCHOOL
DISTRICT, and Does 1-25,

          Defendant(s).
_____/

Case No. C 07-04144 RMW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     (2) Discussed the available dispute resolution options provided by the Court and private entities; and

     (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/1/08

                                         [Party]

Dated: 4/2/08

                                         [Counsel]