United States District Court
Northern District of California

# DOCUMENT LOCATOR

Case Number:    **CV-07-2360  PJH**

Date Filed:    **4-3-08**

**Document:**

\_\_\_    **Reporter's Transcript:**

\_\_\_\_    **Trial Exhibits:**

\_**X**\_\_    **Lodged Documents:** **ADMINISTRATIVE RECORD (6 Volumes)**

\_\_\_\_    **Sealed Documents**

\_\_\_\_    **Declaration:**

\_\_\_\_    **Other:**

**Location:**

\_**X**\_\_    Expando (Next to Case File)    **(TWO EXPANDOS)**

\_\_\_\_    Overflow Shelf:

\_\_\_\_    Vault

\_\_\_\_    Other:

# Document Number:    **34**