UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** April 9, 2008                               **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-2360 PJH

**Case Name:** Eric Rodriguez, et al. v. San Mateo Union High School

**Attorney(s) for Plaintiff:**     Susan Foley
**Attorney(s) for Defendant:**     Kimberly A. Smith

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Jim Yeomans

### PROCEEDINGS

Plaintiff's Motion for Summary Judgment-Held. The court takes the matter under submission.

Defendant's Motion for Summary Judgment-Held. The court takes the matter under submission.

**Order to be prepared by:**   [] Pl  [] Def  [x] Court

**Notes:**

**cc:** file