UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC RODRIGUEZ and KIMBERLIN RODRIGUEZ,

    Plaintiffs,

    v.

SAN MATEO UNION HIGH SCHOOL DISTRICT,

    Defendant.
_____/

No. C 07-2360 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion for summary judgment and denied plaintiffs' cross-motion for summary judgment,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: July 3, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge