Susan Foley  SB 234319
LAW OFFICES OF SUSAN FOLEY
3242 Countryside Drive
San Mateo, CA 94403
Tel: (650) 345.2300
Fax: (650) 345.2302

Attorney for
ERIC RODRIGUEZ and
KIMBERLIN RODRIGUEZ,

Plaintiffs/Appellants

FILED
08 JUL 29 AM 11: 42
RICHARD W. WIEKING
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RODRIGUEZ and<br>KIMBERLIN RODRIGUEZ, | NO._____<br>CASE NO.  C 0702360 PJH |
| Plaintiffs/Appellants,<br><br>vs.<br><br>SAN MATEO UNION HIGH<br>SCHOOL DISTRICT,<br><br>Defendant/Appellee. | NOTICE OF APPEAL TO THE UNITED<br>STATES COURT OF APPEALS FOR<br>THE NINTH CIRCUIT |

ERIC RODRIGUEZ and KIMBERLIN RODRIGUEZ, plaintiffs herein, appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court, entered in this case on July 3, 2008.

Dated: July 29, 2008

Susan Foley, Attorney for Plaintiffs/
Appellants.

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of eighteen, and not a party to the within action. My business address is 3242 Countryside Drive, San Mateo, CA 94403. On the date set forth below, I served the following:

**PLAINTIFFS/APPELLANTS NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT; CIVIL APPEALS DOCKETING STATMENT**

On the following person(s) in this action:

Kimberly A. Smith, Esq.  Phone: 323-330-6300
Fagen Friedman & Fulfrost, LLP  Fax: 323-330-6311
6300 Wilshire Boulevard, #1700
Los Angeles, CA 90048
Attorney for Defendant/Appellee
San Mateo Union High School District

in the following manner:

[X] (BY MAIL) By placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at San Mateo, California, addressed as set forth above.

[ ] (BY FACSIMILE) By transmitting the document(s) listed above by facsimile to the offices of the person(s) listed above, at facsimile numbers listed above and having received confirmation that said documents were transmitted to said facsimile number.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 28, 2008, at San Mateo, California.

*Susan Foley*

PROOF OF SERVICE