```
 1  Susan Foley   SB 234319
    LAW OFFICES OF SUSAN FOLEY
 2  3242 Countryside Drive
    San Mateo, CA  94403
 3  Tel: (650) 345.2300
    Fax: (650) 345.2302
 4
    Attorney for
 5  ERIC RODRIGUEZ and
    KIMBERLIN RODRIGUEZ,
 6
    Plaintiffs/Appellants
```

RECEIVED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RODRIGUEZ and KIMBERLIN RODRIGUEZ,<br><br>Plaintiffs/Appellants,<br><br>vs.<br><br>SAN MATEO UNION HIGH SCHOOL DISTRICT,<br><br>Defendant/Appellee. | NO._____<br>CASE NO.  C 0702360 PJH<br>(N.D. Cal. San Francisco)<br><br>**REPRESENTATION STATEMENT** |

The undersigned represents Eric Rodriguez and Kimberlin Rodriguez, Plaintiffs and Appellants in this matter, and no other party. Attached is a service list that shows all of the parties to the action below and identifies their counsel by name, firm, address and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

Dated: July 29, 2008

_/s/ Susan Foley_
Susan Foley, Attorney for Plaintiffs/Appellants.

| | | |
|---|---|---|
| 1 | Attorney for Defendant/Appellee<br>San Mateo Union High School District: | |
| 2 | Kimberly A. Smith, Esq. | Phone: 323-330-6300 |
| 3 | Fagen Friedman & Fulfrost, LLP<br>6300 Wilshire Boulevard, #1700 | Fax:   323-330-6311 |
| 4 | Los Angeles, CA  90048 | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Service List | |
| 28 | | |